UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

In Re:

    MOUNTAIN DAIRIES, INC.,
            Debtor

Case No.: 07-35638-CGM

Chapter 7

-------------------------------------------------------------

SCHNEIDER-VALLEY FARMS, INC.,
            Petitioning Creditor

    v.

MOUNTAIN DAIRIES, INC.,
            Debtor

-------------------------------------------------------------

### NOTICE OF APPEAL FROM ORDER
### DISMISSING INVOLUNTARY PETITION

Schneider-Valley Farms, Inc., the petitioning creditor, appeals under 28 U.S.C. § 158(a) from the order of the bankruptcy judge dismissing the involuntary petition entered in the above captioned involuntary bankruptcy proceeding on the 27th day of June, 2007.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Parties | Attorneys |
|---|---|
| **Mountain Dairies, Inc. (Debtor)** | Michal L. Carey<br>Jacobowitz & Gubits, LLP<br>158 Orange Avenue<br>P.O. Box 367<br>Walden, NY 12586<br>(845) 778-2121 |
| **Schneider-Valley Farms, Inc.** | Andrew J. Romanow<br>268 Main Street, Suite 201<br>Buffalo, New York 14202<br>(716) 853-2343 |

|  |  |
|---|---|
|  | Brian H. Simmons<br>Zakarij O. Thomas<br>Buchanan Ingersoll & Rooney, PC<br>20th Floor, One Oxford Centre<br>Pittsburgh, PA 15219<br>(412) 392-2130 |
| **United States Trustee** | Eric Small<br>Office of the United States Trustee<br>74 Chapel Street<br>Albany, NY 12207<br>(845) 452-1696 |

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY, PC

Dated: July 6, 2007     By:     /s/    *Andrew J. Romanow*
Andrew J. Romanow
268 Main Street, Suite 201
Buffalo, New York 14202
Telephone: (716) 853-2343

-and-

Brian H. Simmons (PA No. 84187)
Zakarij O. Thomas (ZT1011)(*pro hac vice*)
20th Floor, One Oxford Centre
Pittsburgh, PA 15219
Telephone: 412-392-2000
Facsimile: 412-562-1041

**Counsel for Schneider-Valley Farms, Inc.**

#4169235-v1