UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

Case No.: 07-35638-CGM

In Re:

    **MOUNTAIN DAIRIES, INC.,**   Chapter 7
                Debtor
-----------------------------------------------------------------

**SCHNEIDER-VALLEY FARMS, INC.,**
                Petitioning Creditor
    v.

**MOUNTAIN DAIRIES, INC.,**
                Debtor
-----------------------------------------------------------------

### APPELLANT'S DESIGNATION OF RECORD FOR APPEAL AND STATEMENT OF ISSUES PURSUANT TO BANKRUPTCY RULE 8006

    The undersigned Appellant filed a Notice of Appeal on July 6, 2007 from the Bankruptcy Court's Order dated June 27, 2007, dismissing the Involuntary Petition (Docket # 19). Pursuant to Federal Rule of Bankruptcy Procedure 8006, Appellant hereby sets forth a statement of issues to be presented on appeal and designates the following items for inclusion in the record on appeal.

### Statement of Issues

    Did the Bankruptcy Court err in issuing the "Order Dismissing Involuntary Petition" dated June 27, 2007?

## Designation of Contents of Record

The following items were filed in the bankruptcy case captioned <u>In re Mountain Dairies, Inc.</u>, No. 07-35638-CGM:

| ROA Tab# | Dkt# | Description |
|---|---|---|
| 1 | 1 | Involuntary Petition Under Chapter 11 |
| 2 | 2 | Summons in Involuntary Chapter 7 case filed by Clerk of Court |
| 3 | 3 | Summons Service Executed on Mountain Dairies, Inc. |
| 4 | 4 | Summons Service Executed on Mountain Dairies, Inc. |
| 5 | 5 | Answer, Involuntary Petition Contesting the Involuntary Petition and Requesting Dismissal of Petition and Award of Damages filed on behalf of Debtor, Mountain Dairies, Inc. |
| 6 | 6 | Notice of Hearing to consider Answer to Involuntary Peitition filed by Clerk of Court |
| 7 | 8 | Application for Pro Hac Vice Admission filed by Andrew J. Romanow on behalf of Schneider-Valley Farms, Inc. |
| 8 | 9 | Letter to The Honorable Cecelia G. Morris Confirming Rescheduling of Hearing filed by Andrew J. Romanow on behalf of Schneider-Valley Farms, Inc. |
| 9 | 10 | Affidavit of Andrew Wohl in Support of Dismissal of the Involuntary Bankruptcy Petition and Requesting an Award for Damages and Other Relief filed on behalf of Mountain Dairies, Inc. |
| 10 | 11 | Memorandum of Law filed on behalf of Mountain Dairies, Inc. |
| 11 | 12 | Letter Exhibits to Affidavit of Andrew Wohl filed on behalf of Mountain Dairies, Inc. |
| 12 | 14 | Order signed on 6/12/2007 Granting Application for Pro Hac Vice admission of Brian H. Simmons |

| 13 | 15 | Response To Debtor's Memorandum Of Law filed on behalf of Schneider-Valley Farms, Inc. |
| --- | --- | --- |
| 14 |  | Transcript of Hearing held June 19, 2007 |
| 15 | 16 | Memorandum of Law (Supplemental) filed on behalf of Mountain Dairies, Inc. |
| 16 | 18 | Response to Debtor's Supplemental Memorandum of Law filed on behalf of Schneider-Valley Farms, Inc. |
| 17 |  | Transcript of Hearing held June 27, 2007 |
| 18 | 19 | Order to Dismiss Involuntary Case |
| 19 | 20 | Certificate of Mailing Re: Order to Dismiss |
| 20 | 21 | Notice of Appeal from Order Dismissing Involuntary Petition filed on behalf of Schneider-Valley Farms, Inc. |

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY, PC

By:   /s/    *Andrew J. Romanow*
      Andrew J. Romanow
      268 Main Street, Suite 201
      Buffalo, New York  14202
      Telephone: (716)  853-2343

      -and-

      Brian H. Simmons (PA No. 84187) (*pro hac vice*)
      Zakarij O. Thomas (ZT1011)(*pro hac vice*)
      20th Floor, One Oxford Centre
      Pittsburgh, PA  15219
      Telephone:  412-392-2000
      Facsimile:  412-562-1041

Dated: July 16, 2007                    **Counsel for Schneider-Valley Farms, Inc.**