UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-----------------------------------------------------x
In re:

MOUNTAIN DAIRIES, INC.

                Debtor
-----------------------------------------------------:

SCHNEIDER-VALLEY FARMS, INC.

                Appellant

    v.

MOUNTAIN DAIRIES, INC.

                Appellee.
-----------------------------------------------------x

Case No.: 7:07-cv-06800 (KMK) (LMS)



## STIPULATION FOR VOLUNTARY DISMISSAL OF APPEAL

On July 6, 2007, Schneider-Valley Farms, Inc., the appellant herein, filed a notice of appeal in the United States Bankruptcy Court for the Southern District of New York. The appeal was docketed in this Court on July 27, 2007.

Pursuant to the provisions of Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure, the undersigned, who are all of the parties to the above-entitled appeal, herein stipulate and agree that this appeal shall be dismissed.



The undersigned further stipulate and agree that Schneider-Valley Farms, Inc. is responsible for paying any court costs and court fees that may still be due.

*[signature]*
Andrew J. Romanow
Buchanan Ingersoll & Rooney, P.C.
268 Main Street, Suite 201
Buffalo, New York 14202
Telephone: (716) 853-2343

Attorney for Schneider-Valley Farms, Inc.

*[signature]*
Michal L. Carey
Jacobowitz & Gubits, LLP
158 Orange Avenue
P.O. Box 367
Walden, NY 12586
Telephone: (845) 778-2121

Attorney for Mountain Dairies, Inc.

So ORDERED.

*[signature]*
. U . S D . J
dated 8/15/07

2