Karas, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------x
In re:                                   :
                                         :   Case No.: 7:07-cv-06800 (KMK) (LMS)
MOUNTAIN DAIRIES, INC.                   :
                                         :
           Debtor                        :
------------------------------------------------------:
                                         :
SCHNEIDER-VALLEY FARMS, INC.             :
                                         :
           Appellant                     :
                                         :
v.                                       :
                                         :
MOUNTAIN DAIRIES, INC.                   :
                                         :
           Appellee.                     :
                                         :
------------------------------------------------------x

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/07

## ORDER

On receipt of a written stipulation for dismissal, signed by all of the parties to the above-entitled proceeding and filed in this court on August 15, 2007; and pursuant to the provisions of Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure;

IT IS HEREBY ORDERED that the appeal in the above-captioned proceeding be, and the same hereby is, dismissed.

✓ Dated: August 15, 2007

_____
U. S. D. J.