UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------x
In re:

MOUNTAIN DAIRIES, INC.

                Debtor
---------------------------------------------------------

SCHNEIDER-VALLEY FARMS, INC.

                Appellant

   v.

MOUNTAIN DAIRIES, INC.

                Appellee.
------------------------------------------------------x

Case No.: 7:07-cv-06800 (KMK) (LMS)

## ORDER

On receipt of a written stipulation for dismissal, signed by all of the parties to the above-entitled proceeding and filed in this court on August 15, 2007; and pursuant to the provisions of Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure;

IT IS HEREBY ORDERED that the appeal in the above-captioned proceeding be, and the same hereby is, dismissed.

✓ Dated: August 15, 2007

                                            U.S.D.J.

MICROFILM
AUG 22 2007
USDC SD NY WP